JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALAN DUELL, | Case No. 2:20-cv-10680-PA (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM GORE, et al., | |
| Respondents. | |

Pursuant to the Order Denying Petition, Dismissing Case, And Denying A Certificate Of Appealability,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 7, 2020

_____
PERCY ANDERSON
United States District Judge