1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11
12    TODD ALAN DUELL,                      Case No. 2:20-cv-10680-PA (SHK)

13                        Petitioner,
                                            **ORDER ACCEPTING FINDINGS**
14          v.                              **AND RECOMMENDATION OF**
                                            **UNITED STATES MAGISTRATE**
15    WILLIAM GORE, et al.,                 **JUDGE**

16                        Respondents.
17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner Todd Alan

19    Duell's ("Petitioner") most recent Petition for Reconsideration ("Petition for

20    Reconsideration" or "PFR"), the relevant records on file, and the Report and

21    Recommendation ("R&R") of the United States Magistrate Judge.  Electronic Case

22    Filing Number ("ECF No.") 17, PFR; ECF No. 20, R&R.  No objections have been

23    filed and Petitioner's appeal of the R&R to the Ninth Circuit Court of Appeals has

24    been dismissed.  See ECF No. 22, Notice of Appeal; ECF No. 24, Order

25    Dismissing Appeal.  The Court accepts the findings and recommendation of the

26    Magistrate Judge.

27    / / /

28    / / /

IT IS THEREFORE ORDERED that:

1)      Petitioner's Petition for Reconsideration [ECF No. 17] is **DENIED**; and

2)      Petitioner is **DEEMED** a vexatious litigant.  From this date forward, Petitioner must seek leave from a judge of the United States District Court for the Central District of California before filing any pleading seeking habeas corpus relief in the United States District Court for the Central District of California on the basis of agency theory— specifically, that Petitioner is not subject to the laws of the United States or the State of California because he is the principal of a trust or an international organization—so as to ensure that Petitioner's filings are not harassing, frivolous, or duplicative of those already repeatedly rejected in this case.


Dated:  June 22, 2021

_____

PERCY ANDERSON
United States District Judge

2